Matter of O'Brien v Frazzini (2026 NY Slip Op 00671)

Matter of O'Brien v Frazzini

2026 NY Slip Op 00671

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND HANNAH, JJ.

50 CAF 24-01639

[*1]IN THE MATTER OF BRYANA O'BRIEN, PETITIONER-RESPONDENT-RESPONDENT,
vJAMIE FRAZZINI, ALSO KNOWN AS JAMIE DOMMELL, RESPONDENT-PETITIONER-APPELLANT. 

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-PETITIONER-APPELLANT.
MINDY L. MARRANCA, BUFFALO, FOR PETITIONER-RESPONDENT-RESPONDENT.
DEBORAH K. JESSEY, CLARENCE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Thomas DiMillo, A.J.), entered September 27, 2024, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded petitioner-respondent sole custody of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court